IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | | |
|---|---|---|
| MICHAEL DARNELL OLIVER, | ) | |
| Plaintiff, | ) | |
| vs. | ) | CV 03-PT-1355-M |
| OFFICER MORGAN, | ) | |
| Defendant. | ) | |

**ENTERED**
JUL 25 2003

MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on July 1, 2003, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed as frivolous under 28 U.S.C. § 1915A(b). No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b). A Final Judgment will be entered.

DATED this 24th day of July, 2003.

ROBERT B. PROPST
UNITED STATES DISTRICT JUDGE